[Cite as *07/25/2008 Case Announcements,* 2008-Ohio-3689.]

## MISCELLANEOUS DISMISSALS

2008–1242.  Skolnick v. Cincinnati Ins. Co.
Trumbull App. No. 2007–T–0088, 2008-Ohio-2319. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

# CASE ANNOUNCEMENTS

*July 28, 2008*

[Cite as *07/28/2008 Case Announcements,* 2008-Ohio-3704.]

## MOTION AND PROCEDURAL RULINGS

**In re Application of Bozsik for Leave to File Original Action in Mandamus.**
On June 4, 2008, this court found Steven A. Bozsik to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that Bozsik was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On July 23, 2008, Bozsik submitted an application for leave to file an original action in mandamus against Hon. James L. Kimbler. Upon review of the proffered filing, the court finds it to be without merit. Accordingly,

It is ordered by the court that Steven A. Bozsik's July 23, 2008 application for leave is denied.